CENTER FOR DISABILITY ACCESS
Ray Ballister, Jr., Esq., SBN 111282
Amanda Seabock, Esq., SBN 289900
Dennis Price, Esq., SBN 279082
8033 Linda Vista Road, Suite 200
San Diego, CA 92111
(858) 375-7385
(888) 422-5191 fax
amandas@potterhandy.com
Attorneys for Plaintiff

J. NICHOLAS MARFORI (SBN: 311765)
nicholas.marfori@ogletree.com
ERIC A. BERG (pro hac vice pending)
eric.berg@ogletree.com
AMBER L. ROLLER (SBN: 273354)
amber.roller@ogletree.com
OGLETREE, DEAKINS, NASH, SMOAK &
STEWART, P.C.
400 South Hope Street, Suite 1200
Los Angeles, CA 90071
Telephone: (213) 239-9800
Facsimile: (213) 239-9045
Attorneys for Defendant
140 Toll House Hotel, LLC

GRANTED

*Beth Labson Freeman*

Judge Beth Labson Freeman

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAWRENCE HASHA, | Case: 5:20-CV-09238-BLF |
| Plaintiff, | |
| v. | **JOINT STIPULATION FOR DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)** |
| 140 TOLL HOUSE HOTEL, LLC, a Delaware Limited Liability Company; and Does 1-10, | |
| Defendant. | |

**STIPULATION**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), IT IS STIPULATED by and between the parties hereto that this action may be dismissed in its entirety with prejudice as to all parties. Each party shall bear his or its own attorneys' fees, expert fees, and costs.

Dated: February 17, 2022   CENTER FOR DISABILITY ACCESS

By: /s/Amanda Seabock
    Amanda Seabock
    Attorneys for Plaintiff

Dated: February 17, 2022   OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

By: /s/J. Nicholas Marfori
    J. Nicholas Marfori
    Attorneys for Defendant
    140 Toll House Hotel, LLC

## SIGNATURE CERTIFICATION

I hereby certify that the content of this document is acceptable to J. Nicholas Marfori, counsel for 140 Toll House Hotel, LLC, and that I have obtained J. Nicholas Marfori authorization to affix his electronic signature to this document.

Dated: February 17, 2022        CENTER FOR DISABILITY ACCESS

                                By:   /s/Amanda Seabock
                                      Amanda Seabock
                                      Attorneys for Plaintiff